## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK BRADLEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FASAI CHAINUVATI** | : | **NO. 25-3061** |

## <u>ORDER</u>

**NOW**, this 9th day of July, 2025, it is **ORDERED** that this action is referred to Magistrate Judge Scott W. Reid for settlement purposes.

**IT IS FURTHER ORDERED** that defendant shall respond to the complaint no later than **September 8, 2025**.

 /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.
