# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK BRADLEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FASAI CHAINUVATI** | : | **NO. 25-3061** |

## ORDER

**NOW**, this 16th day of September, 2025, upon consideration of the Uncontested Motion to Permit Remote Attendance at Pretrial Conference and to Stay Initial Disclosures and the Rule 26(f) Report (Doc. No. 18), it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The September 30, 2025 pretrial conference will be held telephonically.

2. The deadlines for initial disclosures and the Rule 26(f) report remain unchanged.

                                                                             /s/ Timothy J. Savage
                                                                   TIMOTHY J. SAVAGE, J.