#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK BRADLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.25CV3061 |
| | : | |
| FASAI CHAINUVATI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### **ORDER**

A Settlement Conference in the above-captioned case will be held on **October 14, 2025 at 10:00am** before the Honorable Scott W. Reid, United States Magistrate Judge, in Courtroom 3C, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

**Counsel are required to have clients with ultimate settlement authority physically PRESENT in the courtroom for the duration of this conference.**[1]

Counsel are directed to complete the enclosed Settlement Conference Summary to be emailed to Ian_Broderick@paed.uscourts.gov on or before **October 7, 2025**. The Settlement Conference Summary comes as an attachment to this Order for ECF subscribers.

Counsel shall review Judge Reid's policies and procedures prior to the conference.

To the extent Counsel anticipates using the Courthouse Public WiFi, they shall review the instructions for access attached to this Order.

                                                     **BY THE COURT:**

                                                     *s/Scott W. Reid*
                                                     **SCOTT W. REID**
                                                     **U.S. MAGISTRATE JUDGE**

                                                     Ian_Broderick@paed.uscourts.gov

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| _____, | : | |
| Plaintiff, | : | |
| v. | : | NO. |
| , | : | |
| Defendant. | : | |
| _____: | | |

**SETTLEMENT CONFERENCE SUMMARY**

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:**

**Address:**

**Phone:**

**Client:**

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference:**

**MOTIONS PENDING:**

**STATUS OF DISCOVERY:**

**OTHER RELEVANT MATTERS:**

**PRIOR OFFERS/DEMANDS:**

### ATTACH SYNOPSIS OF CASE

**IDENTIFY:  1) CAUSES OF ACTION  2) PROOFS OF SAME, AND 3)
ITEMIZATION AND PROOF OF DAMAGES CLAIMED. COUNSEL
SHOULD ALSO INCLUDE ANY OTHER INFORMATION THAT WOULD BE HELPFUL TO THE COURT IN EVALUATING THIS MATTER.**

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

The United States District Court for the Eastern District of Pennsylvania has launched a public wireless network specifically designed to provide attorneys with a secure and convenient means to access essential information and resources while in the James A. Byrne U.S. Courthouse.

The public wireless network will enhance the efficiency and productivity of attorneys allowing them to connect devices, such as laptops, tablets, and smartphones, to a reliable and secure network, enabling quick access to case documents, legal databases, and other vital resources.

**Enrollment:**
1. Navigate to our broadcasted SSID (Wi-Fi network) from your laptop of mobile device. SSID = ATTY_WIFI_USCOURTS.
2. Click or tap on the SSID. You will be redirected to the Court's splash page where you will need to register your email account with the captive portal for initial access (see below).
3. Local IT staffing authenticates registrations for active members of the Bench and Bar on a daily schedule. If, within 48 hours of registration, you do not receive an email authorizing network access, please notify the deputy of the courtroom in which you are engaged.
4. As a security measure you will be prompted to log in every 90 days with your username (email account) and password (self-created/contained).