IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK BRADLEY | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| FASAI CAHINUVATI | : | **NO. 25-3061** |
| | : | |
| | : | |

ORDER

A Settlement Conference in the above-captioned case will be held on November 21, 2025 at 2:00pm before the Honorable Scott W. Reid, United States Magistrate Judge, the conference will be held virtually through the use of Zoom.

 A link with instructions on how to log on will be sent separately from this order and closer to the actual conference date.

Counsel are further directed to complete the enclosed Settlement Conference Summary to be emailed to Ian_Broderick@paed.uscourts.gov on or before        .

The Settlement Conference Summary comes as an attachment to this Order for ECF subscribers.

BY THE COURT**:**


S/Scott W. Reid_____
HON. SCOTT W. REID
267-299-7640/267-299-5075 Fax


Date: 11/17/25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  | : | CIVIL ACTION |
|---|---|---|
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | No. |

## SETTLEMENT CONFERENCE SUMMARY

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:**

**Address:**

**Phone:**

**Client:**

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority
who will be present at the settlement conference:**

**MOTIONS PENDING:**

**STATUS OF DISCOVERY:**

**OTHER RELEVANT MATTERS:**

**PRIOR OFFERS/DEMANDS:**

### ATTACH SYNOPSIS OF CASE

**IDENTIFY: 1) CAUSES OF ACTION  2) PROOFS OF SAME, AND 3) ITEMIZATION AND PROOF OF DAMAGES CLAIMED.  COUNSEL SHOULD ALSO INCLUDE ANY OTHER INFORMATION THAT WOULD BE HELPFUL TO THE COURT IN EVALUATING THIS MATTER.**