## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK BRADLEY, | : | |
| Plaintiff, | : | |
| v. | : | NO.25CV3061 |
| FASAI CHAINUVATI, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 2nd day of December 2025, it is **ORDERED** that Plaintiff Jack Bradley and Plaintiff's counsel Susan Stone and Kristina Supler are directed to appear in Courtroom 3C on December 17, 2025 at 10:00AM. Defendant and her counsel are excused from this hearing.

BY THE COURT:

*s/Scott W. Reid*
**SCOTT W. REID**
**U.S. MAGISTRATE JUDGE**